in the instant case from which the jury could make an " * * * intelligent choice among permissible inferences. * * *" *

The order of the United States District Court for the Eastern District of Pennsylvania of April 17, 1970, directing a verdict in favor of the appellees, Louis and Nancy Datko, will be affirmed.

Jim C. Garrison, Dist. Atty., Parish of Orleans, New Orleans, La., Jack P. F. Gremillion, Atty. Gen. of La., Baton Rouge, La., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Edmond K. RYAN, Petitioner-Appellant,

v.

C. Murray HENDERSON, Warden, Respondent-Appellee.

No. 71–1631

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Sept. 17, 1971.

Appeal from the United States District Court for the Eastern District of Louisiana; Herbert W. Christenberry, District Judge.

William H. Byrnes, III, New Orleans, La., for petitioner-appellant.

---

Cecil HIMES, Petitioner-Appellant,

v.

OHIO ADULT PAROLE AUTHORITY et al., Respondents-Appellees.

No. 71–1158.

United States Court of Appeals, Sixth Circuit.

Sept. 16, 1971.

---

* Cf. Rumsey v. Great Atlantic and Pacific Tea Company, 408 F.2d 89, 91 (3 Cir. 1969).

* Rule 18, 5 Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5 Cir. 1970).